IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOMENIC LORUSSO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: |
| | ) | |
| MENARD, INC., ZHEJIANG HUAYUE | ) | (Removed from the Circuit Court |
| ALUMINIUM MANUFACTURE CO LTD., | ) | of DuPage County, Illinois, |
| SUN CASUAL FURNITURE, INC. and | ) | Case No. 15 L 000328) |
| HC INSURANCE SERVICES, | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

## NOTICE OF REMOVAL

NOW COMES the Defendant, ZHEJIANG HUAYUE ALUMINIUM MANUFACTURE CO LTD. ("Zhejiang Huayue China"), by and through its attorneys, WILFORD CONRAD LLP, and for its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, states as follows:

1. On or about April 8, 2015, Plaintiff, DOMENIC LORUSSO ("Plaintiff"), filed a Complaint at Law against certain defendants in the Circuit Court for the Eighteenth Judicial Circuit, Du Page County, Illinois, captioned *Domenic Lorusso v. Menard, Inc., et al.*, case no. 15 L 000328 (the "Complaint"). A copy of the original Complaint is attached hereto as **Exhibit A**. The four defendants named in the Complaint were MENARD, INC. ("Menard"), ZHEJIANG HUAYUE ALU MFG CO LTD. ("Zhejiang Huayue Illinois"), SUN CASUAL FURNITURE, INC. ("Sun Casual"), and HUAYE CASUAL, LLC ("HC").[1]

2. Plaintiff's Complaint purports to set forth causes of action for negligence and

---

[1] This party appears to be improperly identified in the caption of the Complaint as "HC Insurance Services."

products liability against the defendants allegedly resulting from personal injuries sustained by Plaintiff. Plaintiff's Complaint seeks damages in excess of $50,000, exclusive of interest and costs. Furthermore, Counsel for Plaintiff has represented that Plaintiff has incurred over $54,000 in medical bills to date, that he continues to undergo treatment for his alleged injuries, that he continues to suffer from pain, and that his ability to walk has suffered. Based on the foregoing, and other information to be provided later, Plaintiff's counsel demanded $379,598.37 to settle this case on May 21, 2015. A true and accurate copy of the demand made by counsel for Plaintiff is attached hereto as **Exhibit B**. Accordingly, Plaintiffs' Complaint satisfies the jurisdictional minimum required by 28 U.S.C. § 1332.

3. Plaintiff was at the time of the filing of the Complaint, and still is, an individual and resident of the State of Illinois, and, upon information and belief, intends to remain a resident of the State of Illinois.

4. Menard was at the time of the filing of the Complaint, and still is, a corporation organized and existing under the laws of the State of Wisconsin, with its principal place of business in Wisconsin.

5. Plaintiff's Complaint alleged that Zhejiang Huayue Illinois was a Chinese corporation. However, Zhejiang Huayue Illinois was at the time of the filing of the Complaint, and still is, a corporation organized and existing under the laws of the State of Illinois.

6. Sun Casual, currently known as AMG International, LLC, was at the time of the filing of the Complaint, and still is, a limited liability company organized and existing under the laws of the State of Wisconsin, with its principal place of business in Wisconsin.

7. Erin Corning is the sole member of Sun Casual. Erin Corning was at the time of the filing of the Complaint, and still is, an individual and resident of the State of Wisconsin, and,

upon information and belief, intends to remain a resident of the State of Wisconsin.

8. Upon information and belief, HC was at one time a limited liability company organized under the laws of the State of Wisconsin with its principal place of business in Wisconsin. At the time of the filing of the Complaint, and currently, HC is defunct, and has no members. In addition, upon information and belief, HC has not been properly served in this matter.

9. On May 27, 2015, Menard removed this action to the Northern District of Illinois pursuant to 28 U.S.C. §§ 1332 and 1441 because this action was between citizens of different states and the matter in controversy exceeds the sum of $75,000. A copy of Menard's Notice of Removal is attached hereto as **Exhibit C**.

10. By order dated June 25, 2015, the District Court Judge Samuel Der-Yeghiayan remanded the matter to state court because Menard's Notice of Removal did not indicate whether all served Defendants consented to the removal. A copy of the Court's order is attached hereto as **Exhibit D**.

11. Thereafter, following remand, by order dated July 6, 2015, Circuit Court Judge Dorothy French Mallon dismissed Zhejiang Huayue Illinois from this matter. A copy of the Court's order is attached hereto as **Exhibit E**.

12. On or about July 17, 2015, Plaintiff filed his First Amended Complaint at Law in this matter in the Circuit Court for the Eighteenth Judicial Circuit, Du Page County, Illinois. A copy of the First Amended Complaint at Law is attached hereto as **Exhibit F**.

13. The First Amended Complaint asserted the same causes of action and the same injuries. However, Plaintiff's First Amended Complaint omitted any mention of Zhejiang Huayue Illinois as a defendant, instead substituting Zhejiang Huayue China as a defendant in its

place. The First Amended Complaint is the initial pleading setting forth the claim for relief against Zhejiang Huayue China upon which this action is based. Zhejiang Huayue China was not a party to this action prior to the filing of the First Amended Complaint.

14. Zhejiang Huayue China was at the time of the filing of the First Amended Complaint, and still is, a foreign corporation organized and existing under the laws of the Peoples Republic of China, with its principal place of business in China.

15. The First Amended Complaint was served upon Zhejiang Huayue China (through its counsel by agreement) on July 28, 2015. This Notice of Removal is therefore timely filed under 28 U.S.C §1446(b).

16. As set forth above, because complete diversity exists among the parties and there is a sufficient amount in controversy, federal jurisdiction exists pursuant to 28 U.S.C. §1332, and this matter may be removed pursuant to 28 U.S.C. §1441(a), *et seq.*

17. In addition, all Defendants in this matter who have been served consent to the removal of this case to the United States District Court for the Northern District of Illinois, Eastern Division.

18. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff and to each Defendant, through their attorneys of record, and filed in the Circuit Court for the Eighteenth Judicial Circuit, Du Page County, Illinois.

19. Pursuant to 28 U.S.C. § 1446(a), Zhejiang Huayue China has complied with all prerequisites for filing this Notice, including attachment hereto of all process, pleadings, and orders served upon it.

WHEREFORE, Defendant prays that the action now pending in the Circuit Court for the Eighteenth Judicial Circuit, Du Page County, Illinois be removed therefrom to the United States

District Court for the Northern District of Illinois.

## JURY DEMAND

Defendant, ZHEJIANG HUAYUE ALUMINIUM MANUFACTURE CO LTD., hereby requests trial by jury.

Dated: August 17, 2015          Respectfully submitted,

                                          ZHEJIANG HUAYUE ALUMINIUM MANUFACTURE CO LTD.

                                          By: /s/ Christopher T. Conrad
                                                    One of its attorneys

Christopher T. Conrad
Anthony D. Ingraffia
WILFORD CONRAD LLP
18 E. Dundee Road
Building 6, Suite 150
Barrington, Illinois 60010
(224) 848-4723
Fax: (224) 425-5865
cconrad@wilfordconrad.com

Attorneys for Defendant, ZHEJIANG HUAYUE ALUMINIUM MANUFACTURE CO LTD.

**CERTIFICATE OF SERVICE**

      I, Christopher T. Conrad, an attorney, hereby certify that, on August 17, 2015, I electronically filed the foregoing Notice of Removal with the Clerk of the U.S. District Court, Eastern Division, using the CM/EFC system, and I hereby certify I have mailed by U.S. First Class Mail, this notice and its attachments to:

Jason H. Sherwood
Sherwood Law Group, LLC
218 N. Jefferson, Suite #401
Chicago, Illinois 60661
*Counsel for Plaintiff*

W. Anthony Andrews
Timothy J. Hoppa
Ottosen Britz Kelly Cooper Gilbert & Dinolfo. Ltd.
1804 N. Naper Blvd., Suite 350
Naperville, Illinois 60563
*Counsel for Defendant Menard, Inc.*

Jennifer J. McFadden
Schueler, Dallavo & Casieri
233 S. Wacker Drive, Suite 6150
Chicago, Illinois 60606
*Counsel for Defendant Sun Casual Furniture, Inc., currently known as AMG International, LLC.*

                                                    /s/ Christopher T. Conrad